# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2022

## NO. 03-21-00323-CV

**Sarah Harrison White, Appellant**

**v.**

**Daniel Brian White, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
REVERSED AND RENDERED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on June 30, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the judgment of the trial court, renders judgment confirming that the child-support arrearage is $1573.22, and remands the case to the trial court to calculate the proper amount of prejudgment interest due on the child-support arrearages and to consider appellant's claim for attorney's fees. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.